

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| United States of America, *et al.*, *ex rel.*, Ronald J. Streck, Plaintiffs | ) | Case No: 14 C 9412 |
| v. | ) | Judge: Ruben Castillo |
| Takeda Pharmaceuticals America Inc., *et al.* Defendants | ) | |

**ORDER**

The United States, and the States of California, Colorado, Connecticut, Delaware, District of Columbia, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Louisiana, Massachusetts, Michigan, Minnesota, Montana, Nevada, New Jersey, New Mexico, Oklahoma, Rhode Island, Tennessee, Texas, Virginia, Washington, and Wisconsin have declined to intervene in the claims asserted against fourteen of the fifteen defendants, and are not intervening at this time but will continue their investigations against the remaining defendant pursuant to the False Claims Act, 31 U.S.C. §3730(b)(4)(B), and the States' respective false claim acts. The States of New York and North Carolina have declined to intervene in the claims asserted against eleven of the fifteen defendants and are not intervening at this time but will continue their investigations against the remaining four defendants pursuant to the States' respective false claim acts. Therefore, the Clerk of Court is directed to unseal the complaint, this Order, the attached Order and Notice that the United States is declining to intervene as to all but one defendant and that, with respect to that one defendant, the United States is not intervening at this time; the attached Order and the Notice of the Plaintiff States of their respective intervention decisions. All claims on behalf of the State of Maryland are hereby dismissed without prejudice. All other contents in the Court's file will remain under seal until further court order. The seal is also lifted as to all other matters occurring in this action after the date of this Order. The Clerk of Court is directed to statistically terminate this action and re-open at such time as it has been reassigned to another district judge.

Date: January 26, 2018 /s/ Chief Judge Ruben Castillo