

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, THE COMMONWEALTH OF MASSACHUSETTS, THE STATES OF MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, THE COMMONWEALTH OF VIRGINIA, THE STATES OF WASHINGTON, WISCONSIN, AND THE DISTRICT OF COLUMBIA, *ex rel,* RONALD J. STRECK, <br><br> Plaintiffs, <br><br> v. <br><br> TAKEDA PHARMACEUTICALS AMERICA, INC., ASTELLAS PHARMA US, INC., ACTAVIS, LLC, BERLEX, INC., BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., CELGENE CORPORATION, DAIICHI SANKYO, INC., ELI LILLY AND COMPANY, FIRST HORIZON PHARMACEUTICAL CORPORATION n/k/a SHIONOGI INC., JOM PHARMACEUTICAL SERVICES, INC., MERCK & CO., INC., ORGANON USA, INC., ROCHE LABORATORIES, INC., SANTARUS, INC., and TEVA PHARMACEUTICALS, USA, INC., <br><br> Defendants. | No. 14 C 9412 <br><br> Chief Judge Castillo <br><br> **FILED IN CAMERA AND UNDER SEAL** |

1

## ORDER

The United States having not intervened in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the court rules as follows:

IT IS ORDERED that:

1. The complaint be unsealed and served upon the defendants by the relator;

2. All other contents of the court's file in this action remain under seal and not be made public or served upon the defendants, except for this order and the Notice That The United States Is Declining To Intervene As To All But One Defendant And That, With Respect To That One Defendant, The United States Is Not Intervening At This Time, which the relator will serve upon the defendants only after service of the complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States;

6. All orders of this court will be sent to the United States; and that

7. Should the relator or any of the defendants propose that claims asserted in this action be dismissed, settled, or otherwise discontinued, the court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED:

Dated: 1/26/18

*[signature]*

Rubén Castillo
Chief Judge
United States District Court