UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and the STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, THE COMMONWEALTH OF MASSACHUSETTS, THE STATES OF MICHIAGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, THE COMMONWEALTH OF VIRGINIA, THE STATES OF WASHINGTON, WISCONSIN, AND THE DISTRICT OF COLUMBIA, *ex rel*, RONALD J. STRECK, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 14 C 9412 |
| Plaintiffs, | ) ) | Harry D. Leinenweber |
| v. | ) ) | |
| TAKEDA PHARMACEUTICALS AMERICA, INC, ASTELLAS PHARMA US, INC., ACTAVIS, LLC, BERLEX, INC., BOEHRINGER INGELHEIM PHARMACEUTICALS, INC, CELGENE CORPORATION, DAIICHI SANKYO, INC., ELI LILLY AND COMPANY, FIRST HORIZON PHARMACEUTICAL CORPORATION n/k/a SHIONOGI INC., JOM PHARMACEUTICAL SERVICES, INC. MERCK & CO., INC., ORGANON USA, INC., ROCHE LABORATORIES, INC., SANTARUS, INC., and TEVA PHARMACEUTICALS, USA, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL UNDER RULE 41

Pursuant to Federal Rule of Civil Procedure 41(a)(l), Plaintiff-Relator hereby voluntarily dismisses this action WITHOUT PREJUDICE as to Defendants TAKEDA PHARMACEUTICALS AMERICA, INC., BERLEX, INC., BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., CELEGENE CORPORATION, DAIICHI SANKYO, INC., FIRST HORIZON PHARMACEUTICAL CORPORATION n/k/a SHIONOGI INC., JOM PHARMACEUTICAL SERVICES, INC., MERCK & CO., INC., ORGANON USA, INC., SANTARUS, INC., and TEVA PHARMACEUTICALS, USA, INC.

None of the above-named parties have been served or have filed an appearance in this action.

This notice of dismissal does not include ASTELLAS PHARMA US, INC., ACTAVIS, LLC,[1] ELI LILLY AND COMPANY, and ROCHE LABORATORIES, INC.

Dated: April 26, 2018

By: /s/ Michael Behn
Attorney for Plaintiff-Relator

Michael Behn
BEHN & WYETZNER, CHARTERED
17 N. State Street, Suite 1600
Chicago, IL 60602
TEL: (312) 236-0000
FAX: (312) 878-1342

---

[1] Plaintiff-Relator's research shows that Actavis LLC changed its name to Allergan PLC in 2015, and that Allergan PLC subsequently sold a portion of its business to Teva Pharmaceuticals USA, Inc. Plaintiff-Relator intends to proceed for the conduct related to these entities. *See, e.g.,* ECF No. 1, at ¶¶242-255. Plaintiff-Relator does not intend to proceed against Teva Pharmaceuticals USA, Inc., in its own right for the conduct outlined in the Complaint that applies only to Teva Pharmaceuticals USA, Inc. *See* ECF No. 1, at ¶¶152-166.

**CERTIFICATE OF SERVICE**

    Michael Behn, an attorney, hereby certifies that on April 26, 2018, he caused a copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41** to be served via this Court's ECF filing system.

                                            /s/ Michael Behn
                                            Attorney for Plaintiff-Relator