UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, THE COMMONWEALTH OF MASSACHUSETTS, THE STATES OF MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, THE COMMONWEALTH OF VIRGINIA, THE STATES OF WASHINGTON, WISCONSIN, AND THE DISTRICT OF COLUMBIA, *ex rel,* RONALD J. STRECK, <br><br>　　　　　　　　　Plaintiffs, <br><br>　　　　v. <br><br>TAKEDA PHARMACEUTICALS AMERICA, INC., ASTELLAS PHARMA US, INC., ACTAVIS, LLC, BERLEX, INC., BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., CELGENE CORPORATION, DAIICHI SANKYO, INC., ELI LILLY AND COMPANY, FIRST HORIZON PHARMACEUTICAL CORPORATION n/k/a SHIONOGI INC., JOM PHARMACEUTICAL SERVICES, INC., MERCK & CO., INC., ORGANON USA, INC., ROCHE LABORATORIES, INC., SANTARUS, INC., and TEVA PHARMACEUTICALS, USA, INC., <br><br>　　　　　　　　　Defendants. | No. 14 C 9412 <br><br> Judge Leinenweber |

**THE UNITED STATES' NOTICE OF CONSENT TO DISMISSAL**

On April 26, 2018, Relator Ronald J. Streck ("Relator") filed a Notice of Voluntary Dismissal Without Prejudice of the claims asserted against eleven of the fifteen defendants in this action – specifically, the claims asserted against defendants Takeda Pharmaceuticals America, Inc.; Berlex, Inc.; Boehringer Ingelheim Pharmaceuticals, Inc.; Celgene Corporation; Daiichi Sankyo, Inc.; First Horizon Pharmaceutical Corporation n/k/a Shionogi Inc.; JOM Pharmaceutical Services, Inc.; Merck & Co., Inc.; Organon USA, Inc.; Santarus, Inc.; and Teva Pharmaceuticals, USA, Inc.

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that the Attorney General consents to the dismissal, without prejudice to the rights of the United States or the other government plaintiffs, of the claims asserted in this action against those eleven defendants, based on the United States' determination that such dismissal is commensurate with the public interest based on currently available information.

This Notice addresses only claims asserted by Relator on behalf of the United States in this action. It is the United States' understanding that the District of Colombia and states named by Relator as additional co-plaintiffs in this action will notify the Court of their positions regarding dismissal of claims asserted by Relator on their behalf.

A proposed order accompanies this Notice.

    Respectfully submitted,

    CHAD A. READLER
    Acting Assistant Attorney General

    JOHN R. LAUSCH, JR.
    United States Attorney

                                        s/ Linda A. Wawzenski
                                        LINDA A. WAWZENSKI
                                        Assistant United States Attorney
                                        219 South Dearborn Street
                                        Chicago, Illinois 60604
                                        (312) 353-1994
                                        linda.wawzenski@usdoj.gov

                                        MICHAEL D. GRANSTON
                                        DANIEL R. ANDERSON
                                        JUSTIN DRAYCOTT
                                        JEFFREY A. TOLL
                                        Attorneys, Civil Division
                                        Commercial Litigation Branch
                                        Post Office Box 261
                                        Ben Franklin Station
                                        Washington, D.C. 20044
                                        (202) 305-3772
                                        justin.draycott@usdoj.gov

Dated: May __, 2018