IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA *et al. ex rel.* RONALD J. STRECK,<br><br>Plaintiffs-Relator,<br><br>v.<br><br>TAKEDA PHARMACEUTICALS AMERICA, INC., *et al.*,<br><br>Defendants. | Case No.: 1:14−cv−09412 |

### RELATOR'S NOTICE OF DISMISSAL OF
### DEFENDANTS ROCHE LABORATORIES, INC. AND ACTAVIS, LLC

Pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(i), Plaintiff-Relator hereby voluntarily dismisses this action **WITHOUT PREJUDICE** as to Defendants **ROCHE LABORATORIES, INC**. and **ACTAVIS, LLC**. Rule 41(a)(1)(A)(i) authorizes a plaintiff to dismiss a lawsuit "before the opposing party serves either an answer or a motion for summary judgment." Neither of the above-named parties have served an answer or filed a motion for summary judgment.

This is an action under the federal False Claims Act and corresponding statutes of various states (collectively, "FCA"). The FCA provides that actions may only be dismissed with the written consent of the United States and the States. Undersigned counsel represents to the Court that Relator has solicited the consent of the United States and the States, and it is Relator's understanding that the United States and the States will notify the Court of their positions directly.

Accordingly, Relator dismisses his claims against Defendants ROCHE LABORATORIES, INC. and ACTAVIS, LLC without prejudice. This dismissal does not pertain to Relator's claims against any other Defendant.

Dated: August 17, 2018    Respectfully submitted,

By:   */s/ Daniel R. Miller*

**BERGER & MONTAGUE, P.C.**
Daniel R. Miller (admitted *pro hac vice*)
Joy Clairmont (admitted *pro hac vice*)
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000

**BEHN & WYETZNER, CHARTERED**
Michael Behn
17 N. State Street, Suite 1600 Chicago, IL 60602
TEL: (312) 236-0000
FAX: (312) 878-1342

*Attorneys for Plaintiff-Relator Ronald J. Streck*

## **CERTIFICATE OF SERVICE**

Daniel R. Miller, an attorney, hereby certifies that on August 17, 2018, he caused a copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL to be served via this Court's ECF filing system.

By: /s/ *Daniel Miller*  
Attorney for Plaintiff-Relator