IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA *et al. ex rel.* RONALD J. STRECK,<br><br>                Plaintiffs-Relator,<br>    v.<br><br>TAKEDA PHARMACEUTICALS AMERICA, INC., *et al.*,<br><br>                Defendants. | Case No.: 1:14−cv−09412<br><br>**Judge Harry D. Leinenweber** |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
OF ASTELLAS PHARMA US, INC.**

Relator Ronald J. Streck and Defendant Astellas Pharma U.S., Inc. (collectively, the "Parties") jointly file this Stipulation of Dismissal With Prejudice of Astellas Pharma, US, Inc. ("Astellas"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The dismissal shall be with prejudice (as to Relator, the United States, and the Medicaid Participating States[1]) with regard to Relator's claims against Astellas for the "Covered Conduct," as defined in the Settlement Agreement between Relator and Astellas, including any claim for attorneys fees and expenses under 31 U.S.C. § 3732(d)(2); and with prejudice to Relator, but without prejudice to the United States or the Medicaid Participating States, as to any claims asserted by Relator against Astellas in this action for conduct other than the Covered Conduct.

The Court shall retain jurisdiction of this action for purposes of enforcing this Settlement Agreement, and to address any unresolved claims by Relator against the United States or any of the Medicaid Participating States for a share of the proceeds of the settlement between Relator and

---

[1] California, Colorado, Connecticut, Delaware, District of Columbia, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Louisiana, Massachusetts, Michigan, Minnesota, Montana, Nevada, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Virginia, Washington, Wisconsin.

1

Astellas pursuant to 31 U.S.C. § 3730(d)(2) and the corresponding provisions of the false claims statutes of the Medicaid Participating States.

Undersigned counsel for Relator has been authorized to represent that, pursuant to 31 U.S.C. § 3730(b)(1) and the corresponding state false claims statutes, the United States and the Medicaid Participating States consent to this dismissal.

This Stipulation of Dismissal addresses only claims asserted in this action against Astellas; it does not address claims asserted against defendants other than Astellas.

Dated: October 15, 2021    Respectfully submitted,

By:   */s/ Daniel R. Miller*    By:   */s/ Scott D. Stein*

**BEHN & WYETZNER, CHARTERED**    **SIDLEY AUSTIN LLP**
Michael Behn    Scott D. Stein
17 N. State Street, Suite 1600    Emily Scholtes
Chicago, IL 60602    One South Dearborn Street
Tel: (312) 236-0000    Chicago, IL 60603
Fax: (312) 878-1342    (312) 853-7000
mbehn@behnwyetzner.com    sstein@sidley.com
    escholtes@sidley.com

**WALDEN MACHT & HARAN LLP**
Daniel R. Miller (*pro hac vice*)    *Attorneys for Astellas Pharma US, Inc.*
Jonathan Z. DeSantis (*pro hac vice*)
2001 Market Street, Suite 2500
Tel: 267-516-0780
dmiller@wmhlaw.com
jdesantis@wmhlaw.com

**MARTIN LAW, P.C.**
Jackson Martin
1934 Old Gallows Road
Suite 350
Tysons Corner, Virginia 22182
Tel: (202) 909-3455

*Attorneys for Plaintiff Relator Ronald J. Streck*

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 15, 2021, a true and correct copy of the foregoing was served on counsel of record by filing with ECF.

By: */s/ Daniel R. Miller*
      Daniel R. Miller