# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

United States of America, et al.

                               Plaintiff,

v.                                       Case No.: 1:14–cv–09412
                                             Honorable Harry D. Leinenweber

Takeda Pharmaceuticals America, Inc., et al.

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 3, 2022:

      MINUTE entry before the Honorable Harry D. Leinenweber: Trial ends – jury. The jury returns a verdict in favor of the plaintiffs and against the defendants in the amount of $61,229,217.00. Judgment is entered on the verdict. A final civil judgment order as determined by statute and attorneys' fees will be entered at a later time. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.