UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA *et al. ex rel.* RONALD J. STRECK,<br><br>Plaintiffs-Relator,<br><br>v.<br><br>TAKEDA PHARMACEUTICALS AMERICA, INC., *et al.*,<br><br>Defendants. | Case No.: 1:14−cv−09412<br><br>**Judge Harry D. Leinenweber** |

**PARTIES' STIPULATION AND ORDER RE DEADLINES UNDER LOCAL RULE 54.3 FOR FEES AND NON-TAXABLE EXPENSES**

Relator Ronald J. Streck and Defendant Eli Lilly and Company (collectively, the "Parties") hereby stipulate, and respectfully request that the Court approve, 30-day extensions to the deadlines under Local Rule 54.3 concerning requests for fees and non-taxable expenses.[1]

1. Local Rule 54.3(d) provides that the parties "shall confer and attempt in good faith to agree on the amount of fees or related nontaxable expenses that should be awarded prior to filing a fee motion." More specifically, Local Rule 54.3(d) requires that upon request, the movant provide certain information to the respondent within 21 days of the judgment, the respondent, under certain circumstances, produce certain information 21 days thereafter, and the parties identify areas of agreement and disagreement within 14 days thereafter. Local Rule 54.3(b) provides a fee motion must be filed within 91 days of the underlying judgment.

2. Local Rule 54.3(g) provides that upon motion, the Court may alter the above-described deadlines. Given that the Parties will be engaged in briefing motions under Federal Rule

---

[1] Local Rule 54.1 establishes a separate procedure for taxable costs. The parties are not requesting any extension to this procedure.

1

of Civil Procedure 50 and 59 during the same time period, the Parties stipulate to and respectfully request 30-day extensions to the default deadlines under Local Rule 54.3 with respect to Relator's request for attorneys' fees and non-taxable costs. The Parties respectfully suggest that the proposed extensions will enable a more robust meet and confer process that will likely reduce the areas of disagreement. In addition, the Parties do not anticipate that the requested extensions will delay these proceedings. Lilly joins this request while explicitly preserving its right to request future extensions of the relevant deadlines or to request a stay of adjudication or a stay of execution of any potential fee order. Relator reserves the right to request future extensions of the relevant deadlines and the right to oppose any request by Lilly for a stay of adjudication or a stay of execution of any potential fee order.

For these reasons, the Parties enter, and respectfully request that the Court approve, of the following 30-day extensions:

| Event | Current Deadline | Requested Deadline with 30-Day Extension |
|---|---|---|
| Relator's deadline under Local Rule 54.3(d)(4) | 8/24/2022 | 9/23/2022 |
| Lilly's deadline under Local Rule 54.3(d)(5) | 9/14/2022 | 10/14/2022 |
| The parties' joint deadline under Local Rule 54.3(d) | 9/28/2022 | 10/28/2022 |
| Deadline to File Fee Motion | 11/1/2022 | 12/1/2022 |

Date: August 17, 2022

By: /s/ Jonathan Z. DeSantis

**WALDEN MACHT & HARAN LLP**
Daniel R. Miller (*pro hac vice*)
Jonathan Z. DeSantis (*pro hac vice*)
2000 Market Street, Suite 1430
Philadelphia, PA 19103
Tel: (212) 335-2030
dmiller@wmhlaw.com

Respectfully submitted,

By: /s/ James R.P. Hileman

Andrew A. Kassof, P.C.
Diana M. Watral, P.C.
James R.P. Hileman
Ryan Moorman

**KIRKLAND & ELLIS LLP**
300 North LaSalle

2

jdesantis@wmhlaw.com

**BEHN & WYETZNER, CHARTERED**
Michael Behn
17 N. State Street, Suite 1600
Chicago, IL 60602
Tel: (312) 236-0000
Fax: (312) 878-1342
mbehn@behnwyetzner.com

**MARTIN LAW, P.C.**
Jackson Martin (*pro hac vice*)
1934 Old Gallows Road, Suite 350
Tysons Corner, Virginia 22182
Tel: (202) 909-3455
Fax: (202) 449-8278
jackson@martinlawpc.com

*Attorneys for Relator*

Chicago, IL 60654 Tel: (312) 862-2000
Fax: (312) 862-2200
andrew.kassof@kirkland.com
diana.watral@kirkland.com
james.hileman@kirkland.com
ryan.moorman@kirkland.com

*Attorneys for Defendant Eli Lilly and Company*

SO ORDERED this 23rd day of August 2022.

_____
The Honorable Harry D. Leinenweber
United States District Judge

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2022, I caused a copy of the foregoing to be served via this Court's ECF filing system, which will provide a copy to all counsel of record.

By: /s/ *Daniel R. Miller*
*Attorney for Relator*