## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

United States of America, ex rel Streck,

Plaintiff(s),

v.

Takeda Pharmaceuticals America, Inc., et al. ,

Defendant(s).

Case No.  14 C 9412
Judge  Harry D. Leinenweber

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐    in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐    in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒    other: Final judgment is $193,970,994.91 in favor of Plaintiffs and against Eli Lilly. As set forth in prior rulings, this figure consists of: $183,245,559.00 in trebled damages, $9,838,992.00 in civil penalties, and $886,443.91 in prejudgment interest under Texas and Louisiana law. The final judgment shall bear post-judgment interest at a rate of 5.46%. Such interest shall be computed daily to the date of payment and shall be compounded annually.

---

This action was (check one):
☒ tried by a jury with Judge Harry D. Leinenweber presiding, and the jury has rendered a verdict.
☐ tried by Judge Harry D. Leinenweber without a jury and the above decision was reached.
☐ decided by Judge Harry D. Leinenweber on a motion.

Date:  9/26/2023

Thomas G. Bruton, Clerk of Court

Melanie A. Foster, Deputy Clerk